# EXHIBIT  "G"

## (Sworn Affidavit of Joeseph R. Esquivel, Jr. – Private Investigator)

After Recording Return to:
Theresa D. Royal Brown
12305 Quilt Patch Lane
Bowie, MD 20720

## AFFIDAVIT OF JOSEPH R. ESQUIVEL JR.

I, Joseph R. Esquivel Jr, declare as follows:

1. I am over the age of 18 years and qualified to make this affidavit.

2. I am a licensed private investigator of in the State of Texas, License # A20449.

3. I make this affidavit based on my own personal knowledge.

4. I make this affidavit in support of *Mortgage Compliance Investigations* Chain of Title Analysis & Mortgage Investigation prepared for Theresa D. Royal Brown F/K/A Theresa D. Royal regarding the Security Instrument and the real property located at 12305 Quilt Patch Lane, Bowie, MD 20720, as referenced in the Prince Georges County Record.

5. I have no direct or indirect interest in the outcome of the case at bar for which I am offering my observations.

6. I have personal knowledge and experience in the topic areas related to the securitization of mortgage loans, real property law, Uniform Commercial Code practices, specifically mortgage-backed securities by special purpose vehicles in which an entity is named as trustee for holders of certificates of mortgage backed securities.

7. I perform my research through the viewing of business records and Corporate/Trust Documents.

8. I use professional resources to view these records and documents.

9. I have the training, knowledge and experience to perform these searches and understand the meaning of these records and documents with very reliable accuracy.

10. I am available for court appearances, in person or via telephone for further clarification or explanation of the information provided herein, or for cross examination if necessary.

11. My research through professional services and the viewing of actual business records and Corporate/Trust Documents, determined that an interest in the Theresa D. Royal Mortgage Loan Instrument was sold sometime shortly after December 14, 2005 to the CWABS Asset-Backed Certificates Trust 2006-1.

12. Per the Prospectus Supplement (To Prospectus dated January 26, 2006) for the CWABS Asset-Backed Certificates Trust 2006-1 Trust, the transaction participants of the CWABS Asset-Backed Certificates Trust 2006-1 are: (1) **Sponsor/Seller**, Countrywide Home Loans Inc. (2) The **Depositor**: CWABS, Inc., a Delaware corporation and a limited purpose finance subsidiary of Countrywide Financial Corporation, a Delaware corporation. (3) Issuing Entity: The Depositor formed the CWABS Asset-Backed Certificates Trust 2006-1, a common-law trust created under the laws of the State of New York, pursuant to the Pooling and Servicing Agreement. (4) **Trustee**: The Bank of New York, a banking corporation organized under the laws of the State of New York. The Trust closed on or about February 10, 2006 (see, PROSPECTUS at the SECURITY EXCHANGE COMMISSION'S ("SEC") website https://www.bamsec.com/filing/95013606000960?cik=1351993 see also, annexed Exhibit "A," pages S1, S2 of the PROSPECTUS for the convenience of the reader).

13. I have looked at a purported to be true and correct copy of a Tangible Promissory Note of Theresa D. Royal dated December 14, 2005, regarding a loan for $309,600.00. The Original Lender of the December 14, 2005 Royal loan is America's Wholesale Lender. (See Exhibit "B" attached within)

    a. This copy of the Theresa D. Royal Note shows No Indorsement to the Royal Note

14. The CWABS Asset-Backed Certificates Trust 2006-1 is not named in any way on the Theresa D. Royal Note.

    a. Countrywide Home Loans, Inc., as Seller for the CWABS Asset-Backed Certificates Trust 2006-1 Trust is not named or referenced in any way on the Theresa D. Royal Note.

    b. CWABS, Inc., as Depositor for the CWABS Asset-Backed Certificates Trust 2006-1 Trust is not named or referenced in any way on the Theresa D. Royal Note.

    c. The Bank of New York as Trustee for the CWABS Asset-Backed Certificates Trust 2006-1 Trust is not named or referenced in any way on the Theresa D. Royal Note.

15. The Theresa D. Royal Note states, "In return for a loan that I have received, I promise to pay …" This verbiage refers to a "loan" that occurred in the past. Between the Note and the Deed of Trust, neither state or even indicate *who* gave a "loan," *when* the "loan" happened, *how* much was given for the "loan," *how* did the "loan" take place, and *what* was "loaned" – "credit" or "money," and if credit, *where* did the "credit" come from, and whether the "credit was backed by "money." Without this information in the Note and Deed of Trust, there is no proof in the Theresa D. Royal Note and Deed of Trust that shows "consideration" was given to Theresa D. Royal for a "loan." The Theresa D. Royal Note and the Deed of Trust do not say that America's Wholesale Lender, gave Theresa D. Royal a "loan" or any consideration of any kind.

16. Per the language in the Note, the Note and the "loan" are two different matters. Neither provides *proof/evidence* as to *who* gave the alleged "loan," *when* the alleged "loan" happened, *how* much was given for the alleged "loan," *how* did the alleged "loan" take place, and *what* was "loaned" – "credit" or "money," and if it was credit, *where* did the "credit" come from, and whether the "credit was backed by "money." The Note and the Deed of Trust do not say that America's Wholesale Lender, gave Theresa D. Royal a "loan" or any consideration of any kind.

17.     Without the *factually unsupported* clause in the Note, "*In return for a loan I have received …*", there is *nothing* in the Note or the Deed of Trust that states that any kind of "loan," as defined by State Law or Black's Law Dictionary, or any other consideration was given to Theresa D. Royal.

18.     The Theresa D. Royal Note is not evidence of a "loan" given by America's Wholesale Lender, to Theresa D. Royal.

19. I have looked at a Deed of Trust of Theresa D. Royal dated December 14, 2005 and filed in the Official Records of the Prince George's Clerk of the Circuit Court on January 23, 2006 as ins# Book 24080, Page 209. (See Exhibit "C" attached within)

      a.  The CWABS Asset-Backed Certificates Trust 2006-1 are not named in any way to the Theresa D. Royal Deed of Trust

      b.  Countrywide Home Loans, Inc., as Seller for the CWABS Asset-Backed Certificates Trust 2006-1 Trust is not named or referenced in any way on the Theresa D. Royal Deed of Trust

      c.  CWABS, Inc., as Depositor for the CWABS Asset-Backed Certificates Trust 2006-1 Trust is not named or referenced in any way on the Theresa D. Royal Deed of Trust

      d.  The Bank of New York as Trustee for the CWABS Asset-Backed Certificates Trust 2006-1 Trust is not named or referenced in any way on the Theresa D. Royal Deed of Trust

20. I have looked at the Prince Georges County Record relating to the Theresa D. Royal Deed of Trust dated December 14, 2005. The Prince Georges County Record shows an "Assignment of Deed of Trust", dated July 10, 2013 and filed in the Official Records of the Prince George's Clerk of the Circuit Court on September 13, 2013 as ins# Book 35205, Page 072, signed by

Noemi Morales as Assistant Secretary and notarized July 10, 2013 by Stephanie Simpson, Florida Notary Commission #EE845389, where Mortgage Electronic Registration Systems, Inc., grants, assigns, and transfers to The Bank of New York Mellon F/K/ A The Bank of New York as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2006-1. (See Exhibit "D" attached within)

21. I have looked at a copy of the MERS Procedures Manual, Release 19.0, dated June 14, 2010, and MERS Residential Marketing Kit, Terms And Conditions: (see Exhibit "F" attached within)

    a.  It is stated in the MERS Procedures Manual, Release 19.0, dated June 14, 2010:

        Page 63 – Transfer of Beneficial Rights to Member Investors, Overview:

        **"Although MERS tracks changes in ownership of the beneficial rights for loans registered on the MERS System, MERS cannot transfer the beneficial rights to the debt. The debt can only be transferred by properly endorsing the promissory note to the transferee."** (emphasis added)

        It is stated in the MERS Residential Marketing Kit, Terms And Conditions:

        2. …MERS shall serve as mortgagee of record with respect to all such mortgage loans solely as a nominee, in an administrative capacity, for the beneficial owner or owners thereof from time to time. **MERS shall have no rights whatsoever to any payments made on account of such mortgage loans, to any servicing rights related to such mortgage loans, or to any mortgaged properties securing such mortgage loans. MERS agrees not to assert any rights** (other than rights specified in the Governing Documents) with respect to such mortgage loans or mortgaged properties. References herein to "mortgage(s)" and "mortgagee of record" shall include deed(s) of trust and beneficiary under a deed of trust and any other form of security instrument under applicable state law. (emphasis added)

        6. **MERS and the Member agree that:  (i) the MERS System is not a vehicle for creating or transferring beneficial interests in mortgage loans**… (emphasis added)

22. The Theresa D. Royal Assignment of Deed of Trust was recorded on September 13, 2013, which is seven (7) years *after* the Trust closed on or about February 10, 2006, with, allegedly, Theresa D. Royal's Note and Deed of Trust already in the Trust.

23. There is no sale of the Theresa D. Royal Mortgage Loan caused through the Theresa D. Royal Assignment of Deed of Trust.

24. The transfer and sale of all Beneficial Interest of the Theresa D. Royal Deed of Trust to CWABS Asset-Backed Certificates Trust 2006-1 should have been done on or before the Closing Date of the CWABS Asset-Backed Certificates Trust 2006-1 which was February 10, 2006. The requirements for defining a REMIC from IRS can be found at 26 USCA §860 A thru G and by going to https://www.gpo.gov/fdsys/pkg/USCODE-2009-title26/html/USCODE-2009-title26-subtitleA-chap1-subchapM-partIV-sec860D.htm which mean that the CWABS Asset-Backed Certificates Trust 2006-1 is unable to have any other assets put into the CWABS Asset-Backed Certificates Trust 2006-1 after the Closing Date of February 10, 2006. The Assigning of a defective obligation to the REMIC also goes against what is required (Verbatim provided in pertinent part below)

USCA stands for United States Code Annotated.

    Title 26 is the Internal Revenue Code

        Subchapter M includes Regulated Investment Companies and Real Estate Investment Trusts.

*26 U.S.C. 860D*

*United States Code, 2009 Edition*

*Title 26 - INTERNAL REVENUE CODE*

*Subtitle A - Income Taxes*

*PART IV - REAL ESTATE MORTGAGE INVESTMENT CONDUITS*

*Sec. 860D - REMIC defined*

*From the U.S. Government Printing Office, www.gpo.gov*

*§860D. REMIC defined*

*(a) General rule*

*For purposes of this title, the terms "real estate mortgage investment conduit" and*

*"REMIC" mean any entity—*

*(4) as of the close of the 3rd month beginning after the startup day and at all times thereafter, substantially all of the assets of which consist of <u>qualified mortgages and permitted investments,</u>*

25. The Assignment of Deed of Trust dated July 10, 2013 and filed in the Official Records of the Prince Georges County Recorders' Office on September 13, 2013 assigned a defective obligation to the CWABS Asset-Backed Certificates Trust 2006-1 as this loan was in default when the assignment was filed. This information can be found by going to the website https://www.gpo.gov/fdsys/pkg/USCODE-2009-title26/html/USCODE-2009-title26-subtitleA-chap1-subchapM-partIV-sec860G.htm

.26 U.S.C. 860G(a)(4)(B)(ii)

(a) Definitions

(4) Qualified replacement mortgage

The term "qualified replacement mortgage" means any obligation—

(A) which would be a qualified mortgage if transferred on the startup day in exchange for regular or residual interests in the REMIC, and

(ii) a defective obligation within the 2-year period beginning on the startup day.

26. I have looked at the Prince Georges County Record relating to the Theresa D. Royal Deed of Trust dated December 14, 2005. The Prince Georges County Record shows an "Substitution of Trustee", dated September 05, 2014 and filed in the Official Records of the Prince George's Clerk of the Circuit Court on April 21, 2015 as ins# Book 36895, Page 473, signed by Megan Paolucci as Contract Management Coordinator, and notarized September 05, 2014 by Kelly T. Cunningham, Pennsylvania Notary Commission #N/A, where Ocwen Loan Servicing, LLC as attorney in fact for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2006-1 removes Best Title as Trustee and substitutes Keith M. Yacko, Robert E. Frazier, Thomas J. Gartner, Jason L. Hamlin, and Gene Jung as Trustee. (See Exhibit "F" attached within)

27. I have observed the specific DEFINITIONS in the Theresa D. Royal Deed of Trust (Exhibit "D," page 1) regarding the word "**Lender**":

> **(C) "Lender" is**
> America's Wholesale Lender
> Lender is a CORPORATION
> organized and existing under the laws of NEW YORK
> Lender's Address is
> P.O. Box 660694, Dallas, TX 75266-0694

28. **"Lender"** has a "special definition" that applies exclusively to the Theresa D. Royal Deed of Trust and, per the Theresa D. Royal Deed of Trust, its definition is not to be interchanged, substituted or confused with the general definition of "lender" found in dictionaries. This special definition does NOT include any "successor or assigns" as I have witnessed in other deeds of trust, just "**Lender**," which by the letter of the law of the Theresa D. Royal Deed of Trust, means only America's Wholesale Lender Based on this observation and my experience understanding the documents I am reviewing, I would like to have the reader go to the Theresa D. Royal Deed of Trust to Covenant 24, where it states:

> **24. *Substitute Trustee.  Lender,* **at its option, may from time to time
> remove Trustee and appoint a substitute trustee to any Trustee
> appointed hereunder by an instrument recorded in the city or county
> in which the Security Instrument is recorded. Without conveyance
> of the Property, the successor trustee shall succeed to all the title,
> power and duties conferred upon Trustee herein and by Applicable
> Law.*

29. The Theresa D. Royal Deed of Trust is the final authority who may appoint a successor trustee, which is the "Lender," i.e., America's Wholesale Lender.  America's Wholesale Lender, the "Lender," did not appoint the successor trustee, which is a violation of the Theresa D. Royal Deed of Trust. The only person that could appoint a successor trustee, per the Theresa D. Royal Deed of Trust, is the "Lender," which is America's Wholesale Lender This is a condition precedent that was not honored and violated.

30. I have looked at the Prince Georges County Record relating to the Theresa D. Royal Deed of Trust dated December 14, 2005. The Prince Georges County Record shows no record of a release of the Deed of Trust as required in covenant 23 of the Deed of Trust which states . **"Release,** Upon payment of all sums secured by this Security Instrument, Lender or Trustee, shall release the Security Instrument and mark the Note "paid" and return the Note to Borrower. Borrower shall pay any recordation costs...." This has not happened.

31. The Theresa D. Royal Deed of Trust does not distinguish how "payment of all sums secured by this Security Instrument" should be made or by whom. When the sale of the Theresa D. Royal loan to the Sponsor of the CWABS Asset-Backed Certificates Trust 2006-1 took place, that payment for the Theresa D. Royal Note satisfied **Covenant 23** of the Theresa D. Royal Deed of Trust.

32. The Theresa D. Royal Deed of Trust is not an enforceable security instrument/lien since the Theresa D. Royal Deed of Trust became void when America's Wholesale Lender, sold the "loan" to the Sponsor of the CWABS Asset-Backed Certificates Trust 2006-1.

The above statements are affirmed by me under penalty of perjury under the laws of the State of Texas to be true and correct to the best of my knowledge and belief, are based on my own personal knowledge, and I am competent to make these statements.

FURTHER THE AFFIANT SAYETH NAUGHT

By _Joseph R Esquivel Jr_   Executed on _12/04/2018_

    Joseph R Esquivel, Jr.

    Private Investigator License # A20449

    Mortgage Compliance Investigations LLC

STATE OF TEXAS        )
                        )
COUNTY OF TRAVIS    )

Subscribed and sworn before me, _Lori M. Esquivel_ ,

Notary Public, on this _4th_ day of _December_ , 2018 by
_Joseph R. Esquivel Jr_ , Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me. WITNESS my hand and official seal.

_Lori M Esqu_

Notary Public

LORI M. ESQUIVEL
Notary ID # 130167889
My Commission Expires
March 25, 2019

# EXHIBIT "H"

## (State of Maryland Tax Assessor Records Showing Residential Credit Solutions as the Owner of the Debt)

PAYMENT DUE UPON RECEIPT. FAILURE TO RECEIVE TAX BILL DOES NOT EXCUSE PAYMENT OF TAXES, INTEREST OR PENALTY.

**IT IS THE TAXPAYER'S RESPONSIBILITY TO FORWARD THE TAX BILL TO THE LENDING INSTITUTION FOR PAYMENT**

### ACCOUNT NUMBER   1605120                                    07/16/2018

COUNTY RATE EXCEEDS CONSTANT YIELD RATE OF $ .8316 BY $ .0204
THIS IS A COPY OF THE BILL SENT TO YOUR MORTGAGE COMPANY FOR PAYMENT

### REAL PROPERTY

| **Property Description** | **Owner's Name And Property Location** | **Assessed Value** | | 258,900 |
|---|---|---|---|---|
| PLAT 41 | Royals Theresa D | Liber | 00000 | Folio 000 |
| | 12305 Quilt Patch Ln | Section | | Map 036 |
| | Bowie           MD 20720 | Block | K | Grid F2 |
| | | Lot | 92 | Parcel |
| **Subdivision** | **Mortgage Co** | | | |
| NORTHRIDGE-RESUB P | RESIDENTIAL CREDIT SOLTNS   ? | Area | 2046.00 | SQ FT |

**TAXES AND FEES**

| | Rates | Amounts |
|---|---|---|
| Prince George's County | .8120 | 2,102.27 |
| Prince George's County - Supplemental Education | .0400 | 103.56 |
| State Of Maryland | .1120 | 289.97 |
| Park & Planning | .2940 | 761.17 |
| Washington Suburban Transit Commission | .0260 | 67.31 |
| City Of Bowie | .4000 | 1,035.60 |
| Solid Waste Service Charge | | 34.42 |

**CREDITS AND PAYMENTS**

Homestead Tax Credit(s) -  County =   133.50-
  State  =      .00   Town  =       .00
  MNCPPC =      .00   WSTC  =       .00                          133.50-

| | |
|---|---|
| **GRAND TOTAL** | **$4,260.80** |

--------------------------------------------------------------------------------
RETURN BOTTOM PORTION WITH YOUR PAYMENT

1605120    TH    REAL PROPERTY          **MAKE CHECKS PAYABLE TO PRINCE GEORGE'S COUNTY, MD**

### COUNTY AND CITY OF BOWIE TAX ADVICE          FY2019 014

#### PAYMENT DUE SEP 30

| SEMIANNUAL PAYMENT | ANNUAL PAYMENT | AMOUNT PAID |
|---|---|---|
| $2,130.40 | $4,260.80 | |

201901416051200000021304090000042608088

| | | LATE PAYMENT AMOUNT | |
|---|---|---|---|
| | | **SEMIANNUAL** | **ANNUAL** |
| ROYALS THERESA D                    /TA | OCT 31 | $2,164.97 | $4,295.37 |
| 12305 QUILT PATCH LN | NOV 30 | $2,199.54 | $4,329.94 |
| BOWIE          MD 20720-2301 | DEC 31 | $4,364.51 | $4,364.51 |

49228   07/16/2018

**PAYMENT MUST ARRIVE IN THIS OFFICE BY THE DUE DATE TO AVOID ADDITIONAL INTEREST & PENALTIES**

# EXHIBIT  "I"

## (Substitution of Trustee)

36895    473

*Clerk of the*
*Circuit Court*

*2015 APR 21  AM 11: 24*

*PR GEO CO MD #89*

RECORDING REQUESTED BY:
Brock & Scott, PLLC
44121 Harry Byrd Highway, Suite 245
Ashburn, Virginia 20147

AFTER RECORDING, PLEASE RETURN TO:
Brock & Scott, PLLC,
44121 Harry Byrd Highway, Suite 245
Ashburn, Virginia 20147
Case# **13-23635**

---

### SPACE ABOVE THIS LINE FOR RECORDER'S USE

### <u>SUBSTITUTION OF TRUSTEE</u>

**WHEREAS,** Theresa D Royal was the original Trustor, Best Title was the original Trustee, and America's Wholesale Lender **AS LENDER** Mortgage Electronic Registration Systems, Inc.  was the original Beneficiary under that certain Deed of Trust dated December 14, 2005 and recorded on January 23, 2006 in Book 24080 Page 209 in the Official Records of Prince George's County, Maryland, and

**WHEREAS,** the undersigned is the present Beneficiary under said Deed of Trust, and

**WHEREAS,** the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

```
IMP FD SURE $        40.00
RECORDING FEE        20.00
TOTAL                60.00
Res# PG06    Rcpt # 87153
SJH      AM      Blk # 6923
Apr 21, 2015        11:25 am
```

Page 1

36895   474

**NOW, THEREFORE,** the undersigned hereby substitutes Keith M. Yacko, Robert E. Frazier, Thomas J. Gartner, Jason L. Hamlin, and Gene Jung as Trustee under said Deed of Trust, any of whom may act independently, in the place and stead of the trustee(s) originally named therein, or in place of any other trustee(s) who have heretofore been substituted for the originally named trustee, the said Substitute Trustees being vested with all of the rights, title, and interest, and clothed with all of the rights, power, and privileges of the trustee(s) by the terms of said Deed of Trust and by applicable law.

OCWEN LOAN SERVICING, LLC, as attorney in fact for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2006-1

NAME Megan Paolucci
TITLE Contract Management Coordinator
DATE 9|5|14

State of _____Pennsylvania_____
County of _____Montgomery_____

I HEREBY CERTIFY that on this __5__ day of ____September____, 2014 N/A, before me, the undersigned, a Notary Public in and for the jurisdiction aforesaid, personally appeared __Megan Paolucci__ of Ocwen Loan Servicing, LLC, as attorney in fact for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2006-1 known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that the same was executed for the purposes therein contained as the act and deed of the Noteholder.

IN WITNESS WHEREOF, I have set my hand and seal.

My commission expires: 2-24-16    Kelly T. Cunningham Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KELLY T. CUNNINGHAM, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 24, 2016

Page 2

# EXHIBIT "J"

## (Alleged Notarized Pages 6 and 12 Which Are Part of the Original Mortgage Deed of Trust on Said Property:  12305 Quilt Patch Lane  Bowie, Maryland  20720)

DOC ID #: 0001236392941Z005

**STATE OF MARYLAND,** *Prince George's* **County ss:**

    I Hereby Certify, That on this *14th* day of *December*, *2005*, before me, the subscriber, a Notary Public of State of Maryland, in and for the *Prince George's County*, personally appeared *Theresa D Royal*

known to me or satisfactorily proven to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledge that he/she/they executed the same for the purposes therein contained.

    AS WITNESS: my hand and notarial seal.

My Commission Expires:

> SHARON G. FOWLER
> NOTARY PUBLIC STATE OF MARYLAND
> County of Anne Arundel
> My Commission Expires April 28, 2009

*Sharon G. Fowler*
Notary Public

**STATE OF** *Maryland* *Prince Georges* **County ss:**

    I Hereby Certify, That on this *14th* day of *December*, *2005*, before me, the subscriber, a Notary Public of the State of *Maryland* and for the *County of Anne Arundel* personally appeared *Wnda Debord*

the agent of the party secured by the foregoing Deed of Trust, and made oath in due form of law that the consideration recited in said Deed of Trust is true and bona fide as therein set forth and that the actual sum of money advanced at the closing transaction by the secured party was paid over and disbursed by the party or parties secured by the Deed of Trust to the Borrower or to the person responsible for disbursement of funds in the closing transaction or their respective agent at a time not later than the execution and delivery by the Borrower of this Deed of Trust; and also made oath that he is the agent of the party or parties secured and is duly authorized to make this affidavit.

    AS WITNESS: my hand and notarial seal.

My Commission Expires:

> SHARON G. FOWLER
> NOTARY PUBLIC STATE OF MARYLAND
> County of Anne Arundel
> My Commission Expires April 28, 2009

*Sharon G. Fowler*
Notary Public

This is to certify that the within instrument was prepared
by a party to the instrument.

CARRIE HELLBACH
Closer

AS WITNESS: my hand and notarial seal.
My Commission Expires:

*Sharon G. Fowler*

SHARON G. FOWLER
NOTARY PUBLIC STATE OF MARYLAND
County of Anne Arundel
My Commission Expires April 28, 2009

Notary Public

STATE OF *Maryland* , *Prince Georges* County ss:

I Hereby Certify, That on this *14th* day of *December*, *2005* , before me, the subscriber, a Notary Public of the State of *Maryland* and for the *County of Anne Arundel* personally appeared *Wanda Deborad*

,

the agent of the party secured by the foregoing Deed of Trust, and made oath in due form of law that the consideration recited in said Deed of Trust is true and bona fide as therein set forth and that the actual sum of money advanced at the closing transaction by the secured party was paid over and disbursed by the party or parties secured by the Deed of Trust to the Borrower or to the person responsible for disbursement of funds in the closing transaction or their respective agent at a time not later than the execution and delivery by the Borrower of this Deed of Trust; and also made oath that he is the agent of the party or parties secured and is duly authorized to make this affidavit.

AS WITNESS: my hand and notarial seal.
My Commission Expires:

*Sharon G. Fowler*

SHARON G. FOWLER
NOTARY PUBLIC STATE OF MARYLAND
County of Anne Arundel
My Commission Expires April 28, 2009

Notary Public

This is to certify that the within instrument was prepared by a party to the instrument.

CARRIE HELLBACH
Closer

Initials: *TDK*

DOC ID #: 00012363924612005

STATE OF MARYLAND,   *Prince George's*   **County ss:**

I Hereby Certify, That on this *14th* day of *December* *2005*, before me, the subscriber, a Notary Public of the State of Maryland, in and for the   *above county*   ,
personally appeared

*Theresa D. Royal*

known to me or satisfactorily proven to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledge that he/she/they executed the same for the purposes therein contained.

AS WITNESS: my hand and notarial seal.

My Commission Expires:

*Sharon G. Fowler*

SHARON G. FOWLER
NOTARY PUBLIC STATE OF MARYLAND
County of Anne Arundel
My Commission Expires April 28, 2009

**Notary Public**

STATE OF *Maryland*, *Prince George's*   **County ss:**

I Hereby Certify, That on this *14th* day of *December* *2005*, before me, the subscriber, a Notary Public of the State of *Maryland* and for the   *Anne Arundel County*
personally appeared

*Wanda Debord*

the agent of the party secured by the foregoing Deed of Trust, and made oath in due form of law that the consideration recited in said Deed of Trust is true and bona fide as therein set forth and that the actual sum of money advanced at the closing transaction by the secured party was paid over and disbursed by the party or parties secured by the Deed of Trust to the Borrower or to the person responsible for disbursement of funds in the closing transaction or their respective agent at a time not later than the execution and delivery by the Borrower of this Deed of Trust; and also made oath that he is the agent of the party or parties secured and is duly authorized to make this affidavit.

AS WITNESS: my hand and notarial seal.

My Commission Expires SHARON G. FOWLER
NOTARY PUBLIC STATE OF MARYLAND
County of Anne Arundel
My Commission Expires April 28, 2009

*Sharon G. Fowler*

**Notary Public**

This is to certify that the within instrument was prepared

by a party to the instrument.

CARRIE HELLBACH
Closer

known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledge that he/she/they executed the same for the purposes therein contained.

AS WITNESS: my hand and notarial seal.

My Commission Expires:                                    *Sharon G. Fowler*
                                                          Notary Public

SHARON G. FOWLER
NOTARY PUBLIC STATE OF MARYLAND
County of Anne Arundel
My Commission Expires April 28, 2009

STATE OF *Maryland*, *Prince George's*          County ss:
I Hereby Certify, That on this *14th* day of *December* *2005*, before me, the subscriber, a Notary Public of the State of *Maryland* and for the *Anne Arundel County* personally appeared

*Wanda DeBord*

the agent of the party secured by the foregoing Deed of Trust, and made oath in due form of law that the consideration recited in said Deed of Trust is true and bona fide as therein set forth and that the actual sum of money advanced at the closing transaction by the secured party was paid over and disbursed by the party or parties secured by the Deed of Trust to the Borrower or to the person responsible for disbursement of funds in the closing transaction or their respective agent at a time not later than the execution and delivery by the Borrower of this Deed of Trust; and also made oath that he is the agent of the party or parties secured and is duly authorized to make this affidavit.

AS WITNESS: my hand and notarial seal.

My Commission Expires   SHARON G. FOWLER       *Sharon G. Fowler*
NOTARY PUBLIC STATE OF MARYLAND             Notary Public
County of Anne Arundel
My Commission Expires April 28, 2009

This is to certify that the within instrument was prepared
by a party to the instrument.

_____
CARRIE HELLBACH
Closer