Entered: March 4th, 2019
Signed: March 4th, 2019

**SO ORDERED**



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **18−20486 − WIL**   Chapter: **13**   Adversary No.: **18−00474**

**Theresa Dawn Royal**
Debtor

**Theresa Dawn Royal**
Plaintiff(s)

vs.

**The Bank of New York Mellon**
Defendant(s)

## ORDER DISMISSING COMPLAINT AS MOOT
## AFTER DISMISSAL OF CASE

It appears that Debtor's case under the Bankruptcy Code was dismissed on February 14, 2019. Because of the dismissal of the case, there is no continuing jurisdiction to try the above−captioned complaint. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the complaint herein is dismissed, without prejudice, as moot.

cc:   All Parties
      All Counsel
      Trustee

**End of Order**

15x31 (rev. 03/23/1993) – yoliver